

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2020

No. 04-19-00753-CR

Paul **PESINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-161-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:       Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

       In this appeal, appellant's counsel filed an *Anders* brief.  On August 17, 2020, we ordered the clerk of this court to send appellant, on or before August 24, 2020, copies of the clerk's record and the reporter's record and we extended the time for appellant to file any pro se brief to October 23, 2020.  On October 23, 2020, the appellant filed two pro se motions: (1) a motion for extension of time to file his pro se brief, and (2) a motion to correct a purported defect in the clerk's record.  In appellant's motions, he claims he received a copy of the clerk's record but not the reporter's record.  Appellant's motion for extension of time to file his pro se brief is GRANTED IN PART.  The clerk of this court is ordered to re-send appellant a copy of the reporter's record on or before October 30, 2020.  Appellant's pro se brief, if any, is due on or before **December 2, 2020**.  No further extensions of time for appellant to file his pro se brief will be granted. Appellant's motion to correct the clerk's record is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2020.



Michael A. Cruz,
Clerk of Court